# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 617 | **DATE** | 11/5/2008 |
| **CASE TITLE** | Schutz vs. A.G. Edwards & Sons | | |

**DOCKET ENTRY TEXT**

Dismissal is amended to reflect that it is a dismissal with prejudice and without an award of costs to either party, pursuant to stipulation by the parties.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|